# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 11-1565

———————

| | |
|---|---|
| Joe B. Butler, Jr., | * |
| | * |
| Appellant, | * |
| | * Appeal from the United States |
| v. | * District Court for the |
| | * Eastern District of Arkansas. |
| T.C. Outlaw, Warden, FCI-Forrest City, | * |
| | * [UNPUBLISHED] |
| Appellee. | * |

———————

Submitted: August 24, 2011
Filed: September 7, 2011

———————

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

———————

PER CURIAM.

Federal inmate Joe Butler appeals the district court's[1] denial of his 28 U.S.C. § 2241 petition for a writ of habeas corpus. Upon careful review, we conclude that Butler is not entitled to habeas relief for the reasons relied upon by the district court. See Hill v. Morrison, 349 F.3d 1089, 1091 (8th Cir. 2003) (standard of review). Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

————————————

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas.